J. E. Sellman, appellant, v. Joseph Hutter and Dennis J. Egan, bailiff, appellees. Gen. No. 29,028.

Replevin suit. Judgment for return of property. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924.

Kraft, Kraft & Erskine, for appellant. George J. Dreiske and West & Eckhart, for appellees; William L. Bourland, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

David Soderborg, appellee, v. R. A. Appelland, appellant. Gen. No. 29,037.

Suit on contract for purchase, by exchange of automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924.

W. A. Morrow and Walter M. Fowler, for appellant. Cochrane & George, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Rosehill Cemetery Company, appellee, v. Anna Von Brock, appellant. Gen. No. 29,246.

Action in municipal court. Bill of exceptions stricken. Appeal from the Municipal Court of Chicago; the Hon. R. V. Carpenter, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 15, 1924.

Sidney F. Brown, for appellant. Ashcroft & Ashcroft, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Harold A. Howard and John C. Howard, trustees under the last will and testament of Sarah J. Howard, deceased, appellees, v. Levy Smith, appellant. Gen. No. 28,777.

Forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 28, 1924.

William J. Latham, for appellant. Norman K. Anderson and Benjamin Clarke, for appellees.

Mr. Justice Johnston delivered the opinion of the court.